

# CT Corporation

**Service of Process Transmittal**
04/10/2015
CT Log Number 526922137

**TO:** Kim Lundy Service of Process, Legal Support Supervisor
Wal-Mart Stores, Inc.
702 SW 8th St MS 215
Bentonville, AR 72716-6209

**RE:** **Process Served in Illinois**

**FOR:** Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Martin Joann, Pltf. vs. Wal-Mart Stores, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summonses, Notice(s), Complaint, Affidavit(s), Attachment(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - Sixth Municipal District, IL<br>Case # 20156002968 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 04/27/2013 - 10260 Harlem Avenue, Village of Bridgeview, Cook County, IL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/10/2015 at 09:30 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | 05/05/2015 before 09:00 a.m. (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Gino P. Naughton<br>7220 W. 194th Street<br>Suite 103<br>Tinley Park, IL 60487<br>815-469-8300 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/13/2015, Expected Purge Date: 04/18/2015<br>Image SOP<br>Email Notification, Kim Lundy Service of Process ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of 1 / AJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Atty. No. 15556

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, SIXTH DISTRICT

```
20156002968
CALENDAR/ROOM 0208
TIME 09:00
PI Other
```

| | | |
|---|---|---|
| JOANN MARTIN | ) | No: |
| | ) | Amount Claimed: Greater than |
| Plaintiff, | ) | $30,000.00 plus costs of this suit. |
| | ) | RETURN DATE ~~April 28, 2015~~ May 5, 2015 |
| vs. | ) | STATUS DATE: ~~May 5, 2015~~ May 28, 2015 |
| | ) | COURTROOM:_____ |
| WAL-MART STORES, INC. | ) | TIME: 9:00 A.M. |
| a foreign corporation | ) | |
| | ) | |

**SUMMONS:**
**PLEASE SERVE DEFENDANTS:**

Wal-Mart Stores Inc.
CT Corporation System
208 So. LaSalle Ste. Ste. 814
Chicago, IL 606054

To Each Defendant:
YOU ARE SUMMONED and required
1. To File your written appearance by yourself or your attorney and pay the required fee in:
   °District 1: Richard J. Daley Center, Rm. 602, Chicago, IL 60602    °District 2: 5600 Old Orchard Rd. Skokie, IL 60077
   °District 3: 2121 Euclid, Rolling Meadows, IL 60008    °District 4: 1500 Maybrook Dr., Maywood, IL 60153
   °District 5: 10220 S. 76th Ave., Bridgeview, IL 60455    * District 6: 16501 S. Kedzie Pkwy., Markham, IL 60426

On ~~April 28, 2015~~ May 5, 2015, before 9:00 a.m.

2. File your answer to the complaint before 9:00 A.M. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

**To the Officer:**
This Summons must be returned by the officer or other person to whom it was given for service with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this Summons shall be returned so endorsed.

This Summons may not be served later than 3 days before the day of appearance.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON RESERVE SIDE OF THIS FORM.**

WITNESS DOROTHY BROWN APR 0 7 2015

..................................................
**DOROTHY BROWN, Circuit Court Clerk**

Date of Service ........................., 201
(To be inserted by officer on copy left with defendant or other person)

Name: Gino P. Naughton
Attorney for: Plaintiff
Address: 7220 W. 194th Street, Suite 103
City/Zip: Tinley Park, IL 60487
Telephone: (815) 469-8300

| SEE REVERSE SIDE |
|---|

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

APPEARANCE FEES INCLUDE A COUNTY LAW LIBRARY FEE OF $10.00, THE COURT AUTOMATION FEE OF $5.00, A DOCUMENT STORAGE FEE OF $5.00 AND THE MANDATORY ARBITRATION FEE OF $10.00 WHERE APPLICABLE.

| APPEARANCE FEES (BASED ON AMOUNT OF CLAIM) (ALL CASES; NO DISPUTE RESOLUTION CHARGED) FORCIBLE DETAINER (POSSESSION ONLY) $110.00 $1500.00 OR LESS $110.00 $1500.00, TO $15,000.00 $120.00 MORE THAN $15,000.00 $140.00 | JURY FEES ARE AS FOLLOWS: CLAIMS FOR DAMAGES NOT IN EXCESS OF $5,000.00 *SIX-PERSON $12.50 *TWELVE-PERSON JURY $25.00 or $12.50 if another party paid for a jury of six CLAIMS FOR DAMAGES NOT IN EXCESS OF $15,000.00 *SIX-PERSON $115.00 *TWELVE-PERSON JURY $230.00 or $115.00 if another party paid for a jury of six CLAIMS FOR DAMAGES IN EXCESS OF $15,000.00 *TWELVE-PERSON JURY $230 |
|---|---|

*THESE FEES MAY BE WAIVED BY APPROPRIATE COURT ORDER. YOU HAVE THE RIGHT TO FILE A PETITION SEEKING SUCH AN ORDER

## NOTICE TO PLAINTIFF

You MUST select a return day of:
  not less than 14 or more than 40 days after issuance of summons if amount claimed is $5000 or less;
  not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $5000.

## NOTICE TO DEFENDANT

*1. This case may/may not be heard on the day for appearance specified in the summons.
2. If the complaint is notarized, your answer must be notarized.
3. On the specified Return Day, one of the following may occur:
   a. If you are sued for $5000 or less, you need not file an answer unless ordered to do so by the Court.
      (1) If Plaintiff is not present, the case may be dismissed for want of prosecution.
      (2) If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.
      (3) If you have filed an appearance and are present on Return Day, trial may be held that day, or may be set for another day certain.

   b. If you are sued for more than $5000, and if you have filed your appearance on time, you must file your answer not later than 10 days after the day for appearance specified above. If you filed your written appearance on or before Return Day, your case will be postponed 21 days to the Default-for-Want-of-Answer Call at 9:00 a.m. If you have filed your answer on time, you need not appear for the Default-for-Want-of-Answer Call. Your case will be postponed for trial on a date certain in a courtroom designated by the Presiding Judge. If you have not filed your appearance or answer on time, Plaintiff may obtain an exparte default judgment against you for the amount claimed. If Plaintiff is not present for the Default-for-Want-of-Answer call, the case will be dismissed for want of prosecution.

*4. If the claim is for personal injury, or is a civil case in which Plaintiff has filed a jury demand, you will be required to file your appearance in person or by attorney. ... d your answer as required by Par. 3(b) above. These cases will ... unless otherwise ordered by the Presiding Judge. Neither ... Return Day, or on Default-for-Want-of Answer Call. The ... n Day. Plaintiff and Defendant will be required to appear in

DIE DATE 04/25/2015        DIST 604 DC

LWRIGHT3

DOC.TYPE: SUMMONS
CASE NUMBER: 15M6002968
DEFENDANT
WAL-MART STORES INC
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

SERVICE INFO:
RTN 05/05  RM 208

ATTACHED FEE: $0.00

n a judgment or default order except by court order.

t, Pro Se, and Forcible Detainer suits are returnable less otherwise ordered by the Court.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Atty. No. 15556

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, SIXTH DISTRICT

```
2015M6002968
CALENDAR/ROOM 0208
TIME 09:00
PI Other
```

| | |
|---|---|
| JOANN MARTIN ) | |
| ) | No: |
| Plaintiff, ) | Amount Claimed: Greater than |
| ) | $30,000.00 plus costs of this suit. |
| vs. ) | RETURN DATE ~~April 28, 2015~~ May 5, 2015 |
| ) | STATUS DATE: ~~May 5, 2015~~ May 28, 2015 |
| WAL-MART STORES, INC. ) | COURTROOM:_____ |
| a foreign corporation ) | TIME: 9:00 A.M. |
| ) | |

**SUMMONS:**
**PLEASE SERVE DEFENDANTS:**

Wal-Mart Stores Inc.
CT Corporation System
208 So. LaSalle Ste. Ste. 814
Chicago, IL 606054

To Each Defendant:
YOU ARE SUMMONED and required
1. To File your written appearance by yourself or your attorney and pay the required fee in:
   °District 1: Richard J. Daley Center, Rm. 602, Chicago, IL 60602    °District 2: 5600 Old Orchard Rd. Skokie, IL 60077
   °District 3: 2121 Euclid, Rolling Meadows, IL 60008    °District 4: 1500 Maybrook Dr., Maywood, IL 60153
   °District 5: 10220 S. 76th Ave., Bridgeview, IL 60455    * District 6: 16501 S. Kedzie Pkwy., Markham, IL 60426

On ~~April 28, 2015~~ May 5, 2015, before 9:00 a.m.

2. File your answer to the complaint before 9:00 A.M. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

**To the Officer:**
This Summons must be returned by the officer or other person to whom it was given for service with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this Summons shall be returned so endorsed.

This Summons may not be served later than 3 days before the day of appearance.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON RESERVE SIDE OF THIS FORM.**

WITNESS ...........................................................

DOROTHY BROWN APR 0 7 2015
DOROTHY BROWN, Circuit Court Clerk

Date of Service ......................., 201
(To be inserted by officer on copy left with defendant or other person)

Name: Gino P. Naughton
Attorney for: Plaintiff
Address: 7220 W. 194th Street, Suite 103
City/Zip: Tinley Park, IL 60487
Telephone: (815) 469-8300

SEE REVERSE SIDE

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

APPEARANCE FEES INCLUDE A COUNTY LAW LIBRARY FEE OF $10.00, THE COURT AUTOMATION FEE OF $5.00, A DOCUMENT STORAGE FEE OF $5.00 AND THE MANDATORY ARBITRATION FEE OF $10.00 WHERE APPLICABLE.

| APPEARANCE FEES (BASED ON AMOUNT OF CLAIM) (ALL CASES; NO DISPUTE RESOLUTION CHARGED) | JURY FEES ARE AS FOLLOWS: |
|---|---|
| FORCIBLE DETAINER (POSSESSION ONLY) $110.00 | CLAIMS FOR DAMAGES NOT IN EXCESS OF $5,000.00 |
| $1500.00 OR LESS $110.00 | *SIX-PERSON $12.50 |
| $1500.00, TO $15,000.00 $120.00 | *TWELVE-PERSON JURY $25.00 or $12.50 if another party paid for a jury of six |
| MORE THAN $15,000.00 $140.00 | CLAIMS FOR DAMAGES NOT IN EXCESS OF $15,000.00 |
| | *SIX-PERSON $115.00 |
| | *TWELVE-PERSON JURY $230.00 or $115.00 if another party paid for a jury of six |
| | CLAIMS FOR DAMAGES IN EXCESS OF $15,000.00 |
| | *TWELVE-PERSON JURY $230 |

*THESE FEES MAY BE WAIVED BY APPROPRIATE COURT ORDER. YOU HAVE THE RIGHT TO FILE A PETITION SEEKING SUCH AN ORDER

## NOTICE TO PLAINTIFF

You MUST select a return day of:
  not less than 14 or more than 40 days after issuance of summons if amount claimed is $5000 or less;
  not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $5000.

## NOTICE TO DEFENDANT

*1. This case may/may not be heard on the day for appearance specified in the summons.
2. If the complaint is notarized, your answer must be notarized.
3. On the specified Return Day, one of the following may occur:
   a. If you are sued for $5000 or less, you need not file an answer unless ordered to do so by the Court.
      (1) If Plaintiff is not present, the case may be dismissed for want of prosecution.
      (2) If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.
      (3) If you have filed an appearance and are present on Return Day, trial may be held that day, or may be set for another day certain.

   b. If you are sued for more than $5000, and if you have filed your appearance on time, you must file your answer not later than 10 days after the day for appearance specified above. If you filed your written appearance on or before Return Day, your case will be postponed 21 days to the Default-for-Want-of-Answer Call at 9:00 a.m. If you have filed your answer on time, you need not appear for the Default-for-Want-of-Answer Call. Your case will be postponed for trial on a date certain in a courtroom designated by the Presiding Judge. If you have not filed your appearance or answer on time, Plaintiff may obtain an exparte default judgment against you for the amount claimed. If Plaintiff is not present for the Default-for-Want-of-Answer call, the case will be dismissed for want of prosecution.

*4. If the claim is for personal injury, or is a civil case in which Plaintiff has filed a jury demand, you will be required to file your appearance in person or by attorney by Return Day and your answer as required by Par. 3(b) above. These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge. Neither Plaintiff nor Plaintiff's attorney will be required to be present on Return Day, or on Default-for-Want-of Answer Call. The case will be set for STATUS at 9:00 a.m., 91 days after the Return Day. Plaintiff and Defendant will be required to appear in court on that status day.

5. Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

* 6. Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of on a Return Day unless otherwise ordered by the Court.

  *Pertaining to third district only.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Atty. No. 15556

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, SIXTH DISTRICT 56002968
CALENDAR/ROOM 0208
TIME 09:00
PI Other

| | | |
|---|---|---|
| JOANN MARTIN | ) | |
| | ) | No: |
| Plaintiff, | ) | Amount Claimed: Greater than |
| | ) | $50,000.00 plus costs of this suit. |
| vs. | ) | RETURN DATE ~~April 28, 2015~~ May 5, 2015 |
| | ) | STATUS DATE: ~~May 5, 2015~~ May 28, 2015 |
| WAL-MART STORES, INC. | ) | COURTROOM:_____ |
| a foreign corporation | ) | TIME: 9:00 A.M. |
| | ) | |
| | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, **JOANN MARTIN**, through her attorney, **GINO P. NAUGHTON** and complaining of the Defendants, **WAL-MART STORES, INC. AND** states as follows:

1. That on and prior to the 27th day of April, 2013 the Defendant, **WAL-MART STORES, INC.** a foreign corporation, controlled, maintained, managed, owned, and operated a store located at the address of 10260 Harlem Avenue, Village of Bridgeview, County of Cook, and State of Illinois.

2. That at the aforesaid time and place, the Plaintiff, **JOANN MARTIN**, was lawfully upon said premises in her capacity as an invitee, shopping at the Defendant's store.

3. That at the aforesaid time and place, the Plaintiff, **JOANN MARTIN**, was in the exercise of due care and caution for the safety of her own person and property.

4. That at the aforesaid time and place, the Plaintiff, **JOANN MARTIN** was injured when a rail surrounding the frozen food doors brke and caused her to fall, due to an unreasonably

dangerous condition on said premises, to wit: a defective rail in front of the frozen food doors failed and caused her to fall.

5. That the aforesaid unreasonably dangerous condition was present on said premises consequential to the negligence of the Defendant, as herein set forth.

6. That it then and there became and was the duty of the Defendant, **WAL-MART STORES, INC.** by and through its operation, management, maintenance, and control of its store, to be free from any negligent acts and/or omissions toward the Plaintiff, **JOANN MARTIN.**

7. That at the aforesaid time and place, it was the duty of the Defendant, **WAL-MART STORES, INC.**, a foreign corporation, to exercise ordinary care and caution for the safety of the plaintiff.

8. That notwithstanding said duty, the Defendant, **WAL-MART STORES, INC.**, by and through its agents and/or employees was guilty of one or more of the following negligent acts and/or omissions:

   a. The Defendant failed to properly maintain the railing in the customer area surrounding the frozen food doors, when the Defendant knew, or in the exercise of ordinary care should have known, that the railing and its placement;
   b. The Defendant failed to make certain that the customer area was free from dangerous conditions like the defective rail.
   c. The Defendant permitted and/or allowed the aforesaid unreasonably dangerous conditions to be present when the Defendant knew, or in the exercise of ordinary care should have known, that such conditions created a situation of imminent danger for persons, such as the Plaintiff, lawfully upon said premises.

9. As a direct and proximate result of one or more of the foregoing careless and/or negligent acts and/or omissions by the Defendant, **WAL-MART STORES INC.**, the Plaintiff, **JOANN MARTIN** was injured and suffered damages of a personal and pecuniary nature.

WHEREFORE, the Plaintiff, **JOANN MARTIN**, prays judgment against the Defendant,

**WAL-MART STORES INC.,** for damages in an amount greater than Thirty Thousand ($30,000.00) Dollars plus costs of this suit.

_____
GINO P. NAUGHTON

GINO P. NAUGHTON
Attorney for Plaintiff
7220 W. 194th Street, Suite 103
Tinley Park, IL 60487
815-469-8300
Atty. No. 15556

Atty. No. 15556

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, SIXTH DISTRICT

| | |
|---|---|
| JOANN MARTIN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WAL-MART STORES, INC. )<br>a foreign corporation. )<br>)<br>) | No:<br>Amount Claimed: Greater than $50,000.00 plus costs of this suit.<br>RETURN DATE April 28, 2015<br>STATUS DATE: May 5. 2015<br>COURTROOM:_____<br>TIME:_____ 9:00 A.M. |

### AFFIDAVIT PURSUANT TO RULE 222(b)

I, GINO P. NAUGHTON, attorney for Plaintiff, JOANN MARTIN, state that the damages sought in this matter are greater than Fifty Thousand ($50,000.00) Dollars. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

Respectfully submitted,

*Gino P. Naughton*
GINO P. NAUGHTON

GINO P. NAUGHTON
Attorney for Plaintiff
7220 West 194th Street, Suite 103
Tinley Park, IL 60487



**DIE DATE**  **DIST**
04/25/2015   604 DC

LWRIGHT3

**DOC.TYPE:** SUMMONS
**CASE NUMBER:** 15M6002968
**DEFENDANT**
WAL-MART STORES INC
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

**SERVICE INFO:**
RTN 05/05 RM 208

**ATTACHED FEE:** $0.00